# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2026

**BY ECF**

The Honorable Paul E. Engelmayer
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **United States v. Cole**
              **24 Cr. 57**

Dear Judge Engelmayer:

At Godfrie Cole's sentencing on April 28, 2026, Your Honor recognized how unsuitable MDC is for a defendant like Mr. Cole. And as the government informed the Court, Mr. Cole was found unresponsive in his cell at MDC yesterday, and is now dead. He was 25 years old.

Our office—the undersigned and Benjamin Yaster, who has been representing Mr. Cole in a recently-filed EDNY case against him—filed a discovery demand on MDC (attached as Exhibit A). And given the unusual circumstances of Mr. Cole's death, we request that Your Honor convene a conference with the government and the BOP. At that conference, we will request that the BOP tell us, the Court, and Mr. Cole's family what it currently knows about Mr. Cole's death. We will also ask the BOP about additional investigative steps it is taking to determine how Mr. Cole died in its custody. Given that Your Honor is intimately familiar with Mr. Cole's circumstances, and included several conditions in your judgment intended to protect Mr. Cole, such a conference is needed "to effectuate and prevent the frustration of [this Court's] orders." *United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977).

Thank you very much for your attention to this matter.

Respectfully submitted,

/s/   *Siobhan Atkins*
Siobhan C. Atkins
Assistant Federal Defender
Appeals Bureau
52 Duane Street, 10th Floor

New York, NY 10007
(212) 417-8793

cc:     AUSA Brandon Harper, Esq.

# EXHIBIT A

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2026

**VIA EMAIL**

Sophia Papapetru
Metropolitan Detention Center
Legal Department
Federal Bureau of Prisons
spapapetru@bop.gov

**Re:    Godfrie Cole, Register No. 95193-510**

Dear Ms. Papapetru and the MDC Legal Department,

This office represents Mr. Godfrie Cole. As you know, Mr. Cole died on July 21, 2026 while he was incarcerated in the Metropolitan Detention Center-Brooklyn.

We write to request that the Bureau of Prisons immediately produce the following:

(1) Mr. Cole's complete BOP medical records, including intake records, and mental health/psychological/psychiatric records;
(2) any incident reports and/or facility reports and/or any other documentation regarding Mr. Cole's death;
(3) logs of employee rounds conducted in the unit where Mr. Cole died for the 6 hours preceding his death;
(4) copies of any and all video recordings of the hallway outside Mr. Cole's cell in the 6 hours preceding his death; and
(5) copies of any and all video recordings of Mr. Cole in his cell in the 24 hours preceding his death.

Second, we write to request that the Bureau of Prisons, its employees, and its agents preserve all videotape, documents, electronically stored information, and tangible things regarding Mr. Cole, including without limitation any videotape depicting Mr. Cole; any documents describing or depicting Mr. Cole, and any records reflecting the events preceding Mr. Cole's death (collectively, the "Preservation Materials").

Our preservation request for the Preservation Materials includes any videos, email, phone calls, text messages, photographs, and other material collected by the

BOP or stored in current or previously used emails, cell phones, portable electronic devices, computers, and/or other PDA devices that relate in any way to Mr. Cole. It also includes any related videos or messages sent through any email or messaging application, as well as, without limitation, writings, authorizations, inspections, notes, drafts, plans, drawings, charts, photographs, sound recordings, video recordings, images, emails, instant messages, voicemails, text messages, computer files, flash drives, hard drives, and other data or data compilations stored in any medium from which information can be obtained that are in the BOP's possession, custody, or control, or in the possession, custody, or control of others under the BOP's control or authority, including any agents, employees, and servants.

Preservation includes suspending all deletion or destruction of these materials, including any automated destruction or deletion of emails, text messages, or other electronic files, until further notice. We request that the BOP take any and all measures necessary, including retaining archival documents in storage and backing up and/or mirroring electronic records and metadata, to ensure the retention of all Preservation Materials.

Respectfully submitted,

/s/   *Siobhan Atkins*
Siobhan C. Atkins
Benjamin Yaster
Federal Defenders of New York

cc:    AUSA Brandon Harper, Esq.
       AUSA Ashleigh Atasoy, Esq.