# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2026

**BY ECF**

The Honorable Paul E. Engelmayer
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:  United States v. Cole**
> 24 Cr. 57

Dear Judge Engelmayer:

At Godfrie Cole's sentencing on April 28, 2026, Your Honor recognized how unsuitable MDC is for a defendant like Mr. Cole. And as the government informed the Court, Mr. Cole was found unresponsive in his cell at MDC yesterday, and is now dead. He was 25 years old.

Our office—the undersigned and Benjamin Yaster, who has been representing Mr. Cole in a recently-filed EDNY case against him—filed a discovery demand on MDC (attached as Exhibit A). And given the unusual circumstances of Mr. Cole's death, we request that Your Honor convene a conference with the government and the BOP. At that conference, we will request that the BOP tell us, the Court, and Mr. Cole's family what it currently knows about Mr. Cole's death. We will also ask the BOP about additional investigative steps it is taking to determine how Mr. Cole died in its custody. Given that Your Honor is intimately familiar with Mr. Cole's circumstances, and included several conditions in your judgment intended to protect Mr. Cole, such a conference is needed "to effectuate and prevent the frustration of [this Court's] orders." *United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977).

Thank you very much for your attention to this matter.

Respectfully submitted,

*/s/  Siobhan Atkins*
Siobhan C. Atkins
Assistant Federal Defender
Appeals Bureau
52 Duane Street, 10th Floor

New York, NY 10007
(212) 417-8793

cc:    AUSA Brandon Harper, Esq.

The Court directs the Government to file a letter
corresponding to counsel's request for a
conference.  The Government's letter is due
Monday, July 27, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2026
       New York, New York